**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: ALLYNE R. ROSS, U.S.D.J.    DATE: 12/27/2019    TIME: 11:00
CR-17-434 ( ARR )

DEFT NAME: **Fabian Reyes Rojas**    #
  √ present    ___ not present    √ cust.    ___ bail

DEFENSE COUNSEL: **Amanda David**
  √ present    ___ not present    ___ CJA    ___ RET.    √ LAS

**A.U.S.A.**: Erin Argo & Tanya Hajjar    CLERK: D. La Salle

Rep. Denise Parisi                              OTHER: ___
INT:   (LANG.-Spanish )  Maristela Verastegui

xx   CASE CALLED.    ___ DEFENDANT'S FIRST APPEARANCE.
DEFT xx   SWORN    ___ ARRAIGNED  xx   INFORMED OF RIGHTS
        ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___  SUPERSEDING INDICTMENT / INFORMATION FILED.
___  DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___  DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___  DEFT ENTERS **GUILTY PLEA** TO CTS._____ O F
     (Superseding) INDICTMENT/INFORMATION.
√    DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.
     ____3 & 13____ Of the ~~xxxxxxxxx~~ superseding Indictment.
XX   COURT FINDS FACTUAL BASIS FOR THE PLEA.
√    SENTENCING SET FOR 4/21/2020 @ 11:00 am.

___  DEFT ENTER **NOT GUILTY PLEA**.
___  BAIL ___ SET ___ CONTINUED FOR DEFT.
√    DEFT CONTINUED IN CUSTODY.
___  CASE ADJOURNED TO _____ FOR _____
___  JURY SELECTION SET FOR _____ ___ BY MAG.
___  TRIAL SET FOR _____
___  **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
        CODE TYPE_____  START_____  STOP_____

     ___ ORDER / WAIVER EXECUTED & FILED.    ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as government exhibit one; Plea agreement returned to A.U.S.A. Argo