A quien corresponda

Honorable Juez

Asunto de Fabián Reyes Rojas

Señor Juez, le saludo con el respeto que se merece, me presento soy la mamá de Fabián Reyes Rojas, me dirijo a Usted en estas líneas para pedirle con el corazón en la mano por mi hijo, que tome la decisión correcta ante la situación actual de mi hijo, misma que está a punto de tomar el rumbo de su vida. Soy una madre que esta triste por lo que está pasando a mi hijo, él es un hombre bueno, trabajador y responsable, siempre ayudando a los demás y los demás somos su familia.

Fabián siempre nos ha ayudado en muchos sentidos a pesar de que desde muy joven se fue a trabajar él nunca nos ha abandonado siempre ha estado al pendiente de nosotros, con gran esfuerzo nos apoya con nuestros medicamentos debido a que nosotros ya somos adultos mayores, para su padre y para mi ahora es más difícil encontrar un trabajo aquí en México y ahora más con la incertidumbre de la pandemia que estamos pasando, él es nuestro sustento moral y económico, yo como su madre siento un dolor profundo por que no sé si me alcancen los años para volver a verlo, le pido a Dios que me de las fuerzas necesarias para soportar este dolor; por eso señor juez le pido con todo mi corazón tome la mejor decisión para que yo algún día vuelva a verlo.

Fabián mi hijo es un buen hombre trabajador, buen padre, es un gran ser humano con buenos sentimientos que siempre ha apoyado a sus hermanas y a sus sobrinos tal vez no con mucho pero nunca los ha abandonado, a veces la vida nos pone a prueba, pero sé que usted señor juez es un hombre de buenos sentimientos que también es hijo y que sabe del dolor que una madre sufre por los hijos, por eso me atrevo señor juez a suplicarle, pedirle que interceda por mi hijo y por nosotros, le pido a Dios que escuche mis suplicas.

Sin más por el momento le agradezco tome en cuenta mis palabras son pocas porque tal vez no sé cómo expresarme ya que apenas y termine la primaria, pero quiero que sepa que son con todo mi corazón y con lágrimas derramadas de una madre desesperada por la libertad de mi hijo, señor juez que Dios me lo bendiga siempre y muchas gracias por escuchar mi carta.

To whom it may concern

Honorable Judge

Re: Fabián Reyes Rojas

Honorable Judge, I greet you with the respect you deserve, I'll introduce myself, I am the mother of Fabián Reyes Rojas, I am writing these lines to ask you with my heart in my hand on behalf of my son, to make the right decision in the current situation of my son, which is about to change the course of his life. I am a mother who is sad about what is happening to my son, he is a good, hard-working and responsible man, always helping others and the rest of us, we are his family.

Fabián has always helped us in many ways, despite the fact that from a very young age he went off to work, he has never abandoned us, he has always been concerned for us, with great effort he helps us with our medications, we are elderly, for his father and for me now, it is more difficult to find a job here in Mexico and now more with the uncertainty of the pandemic that we are going through, he is our moral and economic support, I as his mother feel a deep pain because I do not know if I have the years left to see him again, I ask God to give me the necessary strength to bear this pain; For this reason, Judge, I ask you with all my heart to make the best decision so that one day I will see him again.

Fabián my son is a good hardworking man, a good father, he is a great person of kind feelings who has always supported his sisters and nephews, perhaps not with much, but he has never abandoned them, sometimes life puts us to the test, but I know that you, Judge, are a person of good feelings who is also a son and who knows the pain that a mother suffers for her children, that is why I dare, Judge, to plead with you, ask you to intercede for my son and for us, I ask you God to hear my pleas.

Without further ado for the moment, I thank you for taking into account my words, they are few because perhaps I do not know how to express myself since I only finished elementary school, but I want you to know that they come from my heart and from the tears shed by a mother desperate for the freedom of my son, Judge. God bless you always and thank you very much for listening to my letter.